8/13/24, 3:34 PM    Case 8:24-ap-01074-SC    Doc 43-1    Filed 08/14/24    Entered 08/14/24 21:07:11    Desc Polis & Associates Mail - Re: TTW TRANSPORT, INC. VS. DAVID REVOLORIO, ELITE CONTAINER SOLUTIONS, INC., EDGAR I…

Exhibit A    Page 1 of 1



<div align="right">Tom Polis &lt;tom@polis-law.com&gt;</div>

## Re: TTW TRANSPORT, INC. VS. DAVID REVOLORIO, ELITE CONTAINER SOLUTIONS, INC., EDGAR I. REYNAGA, REYNAGA TRUCKING, INC., ADVERSARY CASE 8:24-AP-01074-SC - MEET & CONFER: DISCOVERY DISPUTE REGARDING PLAINTIFF TTW TRANSPORT, INC.'S RESPONSES TO DEFENDANTS' INTERROGATORIES SETS 1 AND 2

1 message

**Tom Polis** &lt;tom@polis-law.com&gt;                                    Tue, Jul 30, 2024 at 8:21 AM
To: baruchcohen@baruchcohenesq.com
Cc: Cristina Allen &lt;paralegal@polis-law.com&gt;

Baruch, this email is my initial reply to your 7/26/24 Meet and Confer re Discovery Dispute.

First, let me inform that from Sunday 7/28/24 until the present and continuing until Monday 8/12/24, my family and I are in Paris France for the 2024 Paris Olympics. I don't tell you this to "humble brag" (fyi dude being at Olympics is a very cool life experience) but for purposes of asking for professional courtesy and latitude to address your asserted deficiencies in the Plaintiff's initial discovery responses. My family (my son and his girlfriend along with me and my fiancé) have been planning this trip for over a year and though I am fully aware of my responsibilities as a lawyer and counsel for the Plaintiff in the above-captioned matter, I would hope and assume that I would be given a reasonable opportunity upon my return to the office on August 13, 2024, to fully and completely address and reply your asserted deficiencies to Plaintiff's initial discovery responses.

Secondly, let me also inform you that despite trying my best to have a relaxing time in Paris for the Olympics with my family, most but not all mornings I carve out a few hours to handle pressing ongoing office matters and related law firm responsibilities. Relevant to this case and the purported discovery deficiencies I have a conference call scheduled tomorrow evening Paris time (afternoon California time) to discuss the discovery issues, including finalizing the third party vendor retention to organize and maintain the 100's of incriminating emails and related documents directly and indirectly pointing to your client Defendant David Revolorio and others. Late last week before I left for Paris. I spoke with Greg Kutzbach, the principal of the third party discovery rep and he expects to have the viewable discovery platform ready for viewing for all interested parties in this litigation by middle/end of next week (August 8/9, 2024). I'll have more specific information about the timing of the searchable and portable discovery platform over the next few days and once I more information I'll promptly let you know the status.

At this point I've responded to your concerns to best of my ability and please let me know if you have any immediate questions or comments. Thanks Baruch.

Thomas J. Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Boulevard, Suite 1000
Irvine, California  92612-2433
Telephone:  (949) 862-0040
Facsimile:  (949) 862-0041
Email:  tom@polis-law.com

This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.  If you have received this transmission in error, please immediately notify us by reply e-mail by forwarding the message to tom@polis-law.com or by telephone at (949) 862-0040 and destroy the original transmission and its attachments without reading or saving them in any manner.  Thank you.

On Fri, Jul 26, 2024 at 4:09 AM Baruch Cohen &lt;baruchcohen@baruchcohenesq.com&gt; wrote:
Email: tom@polis-law.com

Thomas J Polis, Esq.
Polis & Associates, APLC
19800 MacArthur Blvd, Ste 1000
Irvine, CA 92612-2433