

Tom Polis <tom@polis-law.com>

## Re: TTW - DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FRCP 26(A)(1) AND FRBP 7026

1 message

---

**Baruch Cohen** <baruchcohen@baruchcohenesq.com>  Tue, Jul 23, 2024 at 10:02 AM
Reply-To: baruchcohen@baruchcohenesq.com
To: Tom Polis <tom@polis-law.com>, baruchcohen@baruchcohenesq.com

Tom; At the 7-14-2024 status conference, the court ordered plaintiff to comply with FRCP 26(A)(1) & FRBP 7026, within 30-days. I will be out of the country on 8-14-2024 but will have WIFI access. Could you please do the plaintiff's initial disclosures before I leave, by 8-12-2024? BCC

---
Baruch C. Cohen, Esq.
Law Office of Baruch C. Cohen, APLC
4929 Wilshire Boulevard, Suite 940
Los Angeles, CA 90010
Office (323) 937-4501 | Cell (323) 353-9535
Facsimile: (888) 316-6107
Email: baruchcohen@baruchcohenesq.com, bcc4929@gmail.com
Linkedin: https://www.linkedin.com/in/baruchcohen/
Facebook: https://www.facebook.com/baruch.cohen.37/
*Selected To Super Lawyers: 2013, 2015 - 2021, 2022, 2023, 2024*

This e-mail is covered by the Electronic Communications Privacy Act 18 U.S.C. 2510-2521 and is legally privileged. It is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and destroy this communication.


On Tue, Jun 25, 2024 at 10:27 AM Baruch Cohen <baruchcohen@baruchcohenesq.com> wrote:
> Tom: See attached: **DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FRCP 26(A)(1) AND FRBP 7026**. BCC
>
> ---
> Baruch C. Cohen, Esq.
> Law Office of Baruch C. Cohen, APLC
> 4929 Wilshire Boulevard, Suite 940
> Los Angeles, CA 90010
> Office (323) 937-4501 | Cell (323) 353-9535
> Facsimile: (888) 316-6107
> Email: baruchcohen@baruchcohenesq.com, bcc4929@gmail.com
> Linkedin: https://www.linkedin.com/in/baruchcohen/
> Facebook: https://www.facebook.com/baruch.cohen.37/
> *Selected To Super Lawyers: 2013, 2015 - 2021, 2022, 2023, 2024*
>
> This e-mail is covered by the Electronic Communications Privacy Act 18 U.S.C. 2510-2521 and is legally privileged. It is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and destroy this communication.