United States Bankruptcy Court

Central District of California

TTW Transport, Inc.,
    Plaintiff

Adv. Proc. No. 24-01074-SC

Revolorio,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: Sep 12, 2024      Form ID: pdf031      Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Box In Motion, Inc., 2121 W Imperial Highway, No. 493, La Habra, CA 90631-6300 |
| dft | + | David Revolorio, 10224 San Anselmo, South Gate, CA 90280-5625 |
| dft | + | Diana Livas, 336 N. 6th Street, Montebello, CA 90640-4206 |
| dft | + | Edgar I. Reynaga, 2121 W. Imperial Highway, No. 493, La Habra, CA 90631-6300 |
| dft | + | Elite Container Solutions, Inc., 2850 N. Glassell St, Orange, CA 92865-1002 |
| dft | + | Max Piwdee, 1073 E. 71st Way, Long Beach, CA 90805-1029 |
| dft | + | Rey Jose Garcia, 7416 3rd St, Downey, CA 90241-3212 |
| dft | + | Reynaga Trucking, Inc., 2121 W Imperial Highway, No. 493, La Habra, CA 90631-6300 |
| dft | + | Shayla Harris, 15704 Clark Avenue, Bellflower, CA 90706-3579 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| pla | | TTW Transport, Inc. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

**Name      Email Address**

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 12, 2024 | Form ID: pdf031 | Total Noticed: 9 |

Alan I Nahmias
    on behalf of Interested Party Courtesy NEF anahmias@mbn.law  jdale@mbn.law

Baruch C Cohen
    on behalf of Defendant Edgar I. Reynaga bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen
    on behalf of Defendant David Revolorio bcc@BaruchCohenEsq.com  paralegal@baruchcohenesq.com

Baruch C Cohen
    on behalf of Defendant Shayla Harris baruchcohen@baruchcohenesq.com  paralegal@baruchcohenesq.com

Baruch C Cohen
    on behalf of Defendant Reynaga Trucking  Inc. bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Baruch C Cohen
    on behalf of Defendant Elite Container Solutions  Inc. bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com

Thomas J Polis
    on behalf of Plaintiff TTW Transport  Inc. tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 8

1  Baruch C. Cohen, Esq. (SBN 159455)
   **LAW OFFICE OF BARUCH C. COHEN**
2       A Professional Law Corporation
   4929 Wilshire Boulevard, Suite 940
3  Los Angeles, California 90010
   (323) 937-4501        Fax (323) 937-4503
4  baruchcohen@baruchcohenesq.com

5  *Attorney for Defendants David Revolorio,*
   *Elite Container Solutions, Inc.,*
6  *Edgar I. Reynaga, and Reynaga Trucking, Inc.*

**FILED & ENTERED**

**SEP 12 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte        DEPUTY CLERK**

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:24-bk-10559-SC |
| TTW TRANSPORT, INC., | Chapter 11 |
| Debtor and Debtor in Possession, | Adv. Proc. No. 8:24-ap-01074-SC |
| TTW TRANSPORT, INC, | |
| Plaintiff | **ORDER REGARDING DEFENDANT'S MOTION TO COMPEL RESPONSES TO 1ST AND 2ND REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFF TTW TRANSPORT, INC. AND REQUEST FOR SANCTIONS** |
| vs. | |
| DAVID REVOLORIO, AN INDIVIDUAL AND AS A PRINCIPAL OF ELITE CONTAINER SOLUTIONS, INC.; ELITE CONTAINER SOLUTIONS, INC., A CALIFORNIA CORPORATION; EDGAR I REYNAGA, AN INDIVIDUAL AND AS A PRINCIPAL OF REYNAGA TRUCKING, INC.; REYNAGA TRUCKING, INC., A CALIFORNIA CORPORATION; REY JOSE GARCIA, AN INDIVIDUAL; SHAYLA HARRIS, AN INDIVIDUAL; BOX IN MOTION, INC., A CALIFORNIA CORPORATION; DIANA LIVAS, AN INDIVIDUAL; AND MAX PIWDEE, AN INDIVIDUAL, | Date: 8-28-2024<br>Time: 11:00AM<br>Place: 411 West 4th Street, Santa Ana, CA<br>Courtroom: 5C |
| Defendants. | |

The Court having considered **DEFENDANT'S MOTION TO COMPEL RESPONSES TO 1st AND 2nd REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO**

1

**PLAINTIFF TTW TRANSPORT, INC. AND REQUEST FOR SANCTIONS** ("Motion"), The Court having considered the various oppositions, comments of counsel in support and in opposition to the Motion, and for good cause shown,

    **IT IS ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part as follows:

1. The Motion to Compel Responses to 1st and 2nd Request for Production of Documents Propounded to Plaintiff TTW Transport, Inc. is hereby **GRANTED**.

2. The Request for Sanctions in **DENIED**.

**IT IS SO ORDERED.**

###

Date: September 12, 2024

Scott C. Clarkson
United States Bankruptcy Judge