| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Baruch C. Cohen, Esq. (SBN 159455)<br>LAW OFFICE OF BARUCH C. COHEN<br>    A Professional Law Corporation<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, California 90010<br>(323) 937-4501    Fax (323) 937-4503<br>e-mail: baruchcohen@baruchcohenesq.com<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for Defendants David Revolorio, Elite Container Solutions, Inc., Edgar I. Reynaga, and Reynaga Trucking, Inc.* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>TTW TRANSPORT, INC.,<br><br><div align="right">Debtor(s).</div> | CASE NO.: 8:24-bk-10559-SC<br><br>CHAPTER: 11<br><br>ADVERSARY NO: 8:24-ap-01074-SC |
|---|---|
| TTW TRANSPORT, INC.<br><br><div align="right">Plaintiff(s),</div><div align="center">vs.</div><br>DAVID REVOLORIO, AN INDIVIDUAL AND AS A PRINCIPAL OF ELITE CONTAINER SOLUTIONS, INC.; ELITE CONTAINER SOLUTIONS, INC., A CALIFORNIA CORPORATION; EDGAR I REYNAGA, AN INDIVIDUAL AND AS A PRINCIPAL OF REYNAGA TRUCKING, INC.; REYNAGA TRUCKING, INC., A CALIFORNIA CORPORATION; REY JOSE GARCIA, AN INDIVIDUAL; SHAYLA HARRIS, AN INDIVIDUAL; BOX IN MOTION, INC., A CALIFORNIA CORPORATION; DIANA LIVAS, AN INDIVIDUAL; AND MAX PIWDEE, AN INDIVIDUAL<br><br><div align="right">Defendants.</div> | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:**<br><br>**MOTION OF LAW OFFICE OF BARUCH C. COHEN, APLC FOR AN ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEFENDANTS DAVID REVOLORIO, ELITE CONTAINER SOLUTIONS, INC., EDGAR I. REYNAGA, REYNAGA TRUCKING, INC.** |

PLEASE TAKE NOTE that the order or judgment titled ORDER REGARDING THE MOTION OF LAW OFFICE OF BARUCH C. COHEN, APLC FOR AN ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEFENDANTS DAVID REVOLORIO, ELITE CONTAINER SOLUTIONS, INC., EDGAR I. REYNAGA, REYNAGA TRUCKING, INC. was lodged on April 33, 2025, and is attached. This order relates to the stipulation which is docket number 87.

Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 353-9535        Fax (323) 937-4503
baruchcohen@baruchcohenesq.com

*Attorney For Defendants David Revolorio, Elite Container Solutions, Inc., Edgar I. Reynaga, Reynaga Trucking, Inc.*

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:24-bk-10559-SC |
| TTW TRANSPORT, INC., | Chapter 11 |
| Debtor and Debtor in Possession, | Adv. Proc. No. 8:24-ap-01074-SC |
| TTW TRANSPORT, INC, | |
| Plaintiff | |
| vs. | |
| DAVID REVOLORIO, AN INDIVIDUAL AND AS A PRINCIPAL OF ELITE CONTAINER SOLUTIONS, INC.; ELITE CONTAINER SOLUTIONS, INC., A CALIFORNIA CORPORATION; EDGAR I REYNAGA, AN INDIVIDUAL AND AS A PRINCIPAL OF REYNAGA TRUCKING, INC.; REYNAGA TRUCKING, INC., A CALIFORNIA CORPORATION; REY JOSE GARCIA, AN INDIVIDUAL; SHAYLA HARRIS, AN INDIVIDUAL; BOX IN MOTION, INC., A CALIFORNIA CORPORATION; DIANA LIVAS, AN INDIVIDUAL; AND MAX PIWDEE, AN INDIVIDUAL, | **ORDER REGARDING THE MOTION OF LAW OFFICE OF BARUCH C. COHEN, APLC FOR AN ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR DEFENDANTS DAVID REVOLORIO, ELITE CONTAINER SOLUTIONS, INC., EDGAR I. REYNAGA, REYNAGA TRUCKING, INC.** |
| Defendants. | NO HEARING REQUIRED PER LBR 9013-1(P)(4)] |

The Motion to Withdraw as Counsel of Record for Defendants, David Revolorio, Elite Container Solutions, Inc., Edgar I. Reynaga, Reynaga Trucking, Inc., brought by attorney Baruch C. Cohen ("Cohen"), was filed pursuant to LBR 9013-1(p)(4). Based on the Motion, the lack of Opposition, and for good cause, this Court orders as follows:

The Motion to Withdraw as Counsel of Record for Defendants David Revolorio, Elite Container Solutions, Inc., Edgar I. Reynaga, Reynaga Trucking, Inc. is hereby **GRANTED**.

**IT IS SO ORDERED.**

<div align="center">###</div>

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 4/23/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Baruch C Cohen (DF)           bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
Alan I Nahmias (IP)            anahmias@mbn.law, jdale@mbn.law
Thomas J Polis (PL)            tom@polis-law.com, paralegal@polis-law.com; r59042@notify.bestcase.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On  4/23/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | | | | |
|---|---|---|---|---|
| Box In Motion Inc. | Rey Jose Garcia | Diana Livas | Max Piwdee | Shayla Harris |
| 2121 W Imperial Hwy #493 | 7416 3rd St | 336 N. 6th Street | 1073 E. 71st Way | 15704 Clark Avenue |
| La Habra CA 90631 | Downey CA 90241 | Montebello CA 90640 | Long Beach CA 90805 | Bellflower CA 90706 |

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  4/23/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| 4/23/2025 | Baruch C. Cohen, Esq. | | /s/ Baruch C. Cohen |
| Date | Printed Name | | Signature |